IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JUN -1 P 4: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| WILLIE C. MOODY, | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO. 2:07cv485 -WHA |
| UNITED STATES OF AMERICA, | * | |
| DEFENDANT. | * | |

**COMPLAINT/MOTION FOR RETURN OF PROPERTY**

Comes now the plaintiff, Willie C. Moody, by counsel, and submits the following:

**INTRODUCTION**

1. This is an action for the return of personal property seized by the Government pursuant to a search warrant in Montgomery, Montgomery County, Alabama.

2. This Court has jurisdiction pursuant to 5 USC 702-706, 28 USC 1331, Rule 41(g), Federal Rules of Criminal Procedure, 18 USC 983 and or the Courts equitable and supervisory power.

3. There is no known pending civil or criminal proceeding regarding this matter.

4. The plaintiff, Willie C. Moody, is a resident citizen of the United States and of Montgomery County, Alabama and the Middle District of Alabama, and is over the age of eighteen years.

5. The Federal Bureau of Investigation is a Governmental agency of the defendant United States of America

**FACTS**

6.  On or about June 2, 2005, a search and seizure was conducted of plaintiff's residence located at 336 Dee Drive, Montgomery, Alabama.  The search was purportedly pursuant to a search warrant issued to an Officer of the Montgomery Police Department by the Montgomery Municipal Court.  Plaintiff has previously requested of the Montgomery Municipal Court a copy of the warrant and affidavit in support of same but to date has not received a copy.  During the course of the search of plaintiff's residence certain personal property was seized, including but not limited to, Forty Eight Thousand Forty Dollars ($48,040.00) in U.S. Currency.  See property inventory attached as Exhibit A.

7.  On or about June 2, 2005, a search and seizure was conducted of plaintiff's business known as Moody's Sports Bar located at 553 North Eastern Blvd., Montgomery, Alabama.  The search was pursuant to a search warrant issued to an Officer of the Montgomery Police Department by the Montgomery Municipal Court.  A copy of the search warrant is attached as Exhibit B. Plaintiff has previously requested of the Montgomery Municipal Court a copy of the affidavit in support of same but to date has not received a copy.  During the course of the search of plaintiff's business certain personal property was seized. See property inventory attached as Exhibit C.

8.  Subsequent to the search and seizure the plaintiff

received a notice from the United States Government dated July 28, 2005 that Forty Four Thousand Forty Dollars ($44,040.00) of the U. S. Currency seized at plaintiff's residence located at 336 Dee Drive, Montgomery, Alabama had been seized by the Federal Bureau of Investigation, that said property was seized as a Forfeiture and invited plaintiff to contest same by filing a claim of ownership by September 1, 2005.  See notice attached as Exhibit D.  Plaintiff filed a timely claim of ownership on August 29, 2005.  See claim attached as Exhibit E.

9.  Plaintiff has never received a notice from the Government as to whether the Government seeks forfeiture of the remaining property seized, and does not have personal knowledge whether the property is in possession of the United States Government or the State of Alabama.  Therefore, out of an abundance of caution plaintiff has filed contemporaneously in the Circuit Court of Montgomery County, Alabama, a motion for return of property.

10.  The amount of personal property seized from plaintiff is significant, the defendant has withheld same for an unreasonable amount of time and same has caused irreparable harm to plaintiff.

## CLAIM FOR RELIEF

11.  Rule 41(g), F.R.Crim.P., provides that a person who is deprived of his property or who is subject to an unlawful search and seizure has the right to request return of his

property.  Plaintiff contends that the seizure of his property

has violated his rights pursuant to Fourth and Fifth Amendments

to the U. S. Constitution.  Further, plaintiff contends that

pursuant to 18 USC 983(a)(3) he is entitled to the return of

his property for failure of the Government to timely seek

judicial forfeiture or otherwise seek forfeiture of said

property.

     12.  Plaintiff requests the Court to order the Defendant to

return to Plaintiff all property seized from Plaintiff, and

further requests that the Court suppress the property seized as

evidence from being used in any further or different

proceedings against Plaintiff or said property.

     13.  Plaintiff also seeks this Court to exercise it

equitable and or supervisory power to order the said property

be returned to plaintiff.

     14.  Plaintiff seeks such other and further relief to which

he may be entitled, including but not limited to costs.

     Respectfully submitted this 1st day of June, 2007.

s/Jeffery C. Duffey
JEFFERY C.  DUFFEY
Attorney for
Willie C. Moody
600 South McDonough Street
Montgomery, AL  36104
Phone: 334-834-4100
Fax: 334-834-4101
email: jcduffey@aol.com
Bar No.  ASB7699F67J

EXHIBIT A



# NARCOTICS & INTELLIGENCE BUREAU
## EVIDENCE/PROPERTY INVENTORY



The following item(s) were seized/received by the Montgomery Police Department subsequent to a;   (circle one)
**SEARCH WARRANT, CONSENT SEARCH, or ADMINISTRATIVE INVENTORY** .   These items were inventoried
by _Col R.J. STEELMAN #012_ , a member of the Narcotics and Intelligence Bureau.

ADDRESS OBTAINED: _336 DEE DR_          DATE: _6/2/05_

TIME OF ENTRY: _1200_          TIME OF EXIT: _1458_          PAGE _1_ of _1_

| ITEM# | DESCRIPTION OF ITEM SEIZED OR RECEIVED | LOCATION ITEM FOUND | TIME | OFFICER |
|---|---|---|---|---|
| 1 | $4240 IN ASSORTED U.S. CURRENCY | MASTER BEDROOM IN COTTON DESK DRAWER | 1230 | WBH 436 |
| 2 | A. FINACIAL DOCUMENTS; ACCOUNT RECORDS | MASTER BEDROOM ON DESK | | WBH 436 |
| | B. FINACIAL DOCUMENTS; ACCOUNT RECORDS | | | WRH 436 |
| | C. GAMBLING RECORDS; DOCUMENTS | | | WBH 436 |
| | AND VARIOUS ASSORTED DOCUMENTS | | | WBH 436 |
| | D. ASSORTED DOCUMENTS | MASTER BEDROOM | | WBH 436 |
| 3 | TELEPHONE w/ CALLER I.D. | MASTER BEDROOM | 1 | WBH 436 |
| 4 | COMPAC DESKPRO COMPUTER | MIDDLE ROOM | 1210 | RJS 072 |
| | SR# C843CCPJ8004 | | 1215 | RJS 072 |
| 5 | ASSORTED DOCUMENTS | MIDDLE ROOM DESK | 1215 | RJS 072 |
| 6 | DAVIS INDUSTRIES 380 CAL #AP201577 | DRESSER IN MASTER BEDROOM | 1330 | WBH 436 |
| | MAG; 5 ROUNDS / BOX OF 50 AMMO | | | |
| 7 | $43800 IN ASSORTED U.S. CURRENCY | IN SAFE FOUND IN MASTER BEDROOM | 1345 | WRH 436 |
| 8 | ASSORTED PAPER DOCUMENTS | IN SAFE FOUND IN MASTER BEDROOM | 1345 | WRH 436 |
| 9 | BROWN BRIEFCASE w/ ASSORTED DOCUMENTS | IN MASTER BEDROOM | 1350 | RWC 3606 |
| 10 | ASSORTED PAPER DOCUMENTS; PHOTOS | IN MASTER BEDROOM | 1400 | RWC 3606 |
| 11 | ASSORTED DOCUMENTS | IN KITCHEN CAB | 1430 | RWC 3606 |

By signing below I certify that I have received a copy of the inventory of item(s) as identified above.

SIGNATURE OF RECEIVER: _REFUSED TO SIGN_          DATE & TIME: _6/2/05 @ 1458_

I certify that the above inventory accurately reflects the items received or removed from the listed location.

SIGNATURE OF EVIDENCE OFFICER: _R.J. Steelman #012_ DATE & TIME: _6/2/05 @ 1458_

EXHIBIT B

## S E A R C H   W A R R A N T

STATE OF ALABAMA      )         DOCUMENT SEARCH WARRANT

                       )

COUNTY OF MONTGOMERY )

                       )

CITY OF MONTGOMERY    )

TO ANY SHERIFF, DEPUTY, AND/OR MUNICIPAL OFFICER OR CHIEF OF POLICE:

Proof of affidavits, which are attached hereto and incorporated by reference, having been made this

day before me, by <u>Detective P.B. Hayes #871, of the Special Operations Division, Narcotics</u>

<u>Bureau, with the Montgomery Police Department.</u>  You are hereby commanded to make immediate

search of:

<u>553 N. EASTERN BOULEVARD, (MOODY'S SPORTS BAR) MONTGOMERY, ALABAMA, ANY</u>

<u>PERSON, OUTBUILDINGS AND VEHICLES LOCATED WITHIN THE CURTILAGE THERE</u>

<u>OF.</u>

for the following property <u>U.S. Currency, records, books, notes ledgers and/or items listed in</u>

<u>Attachment I.</u>

And if you find the same or any part thereof, to bring it forthwith before me, at my office at

Municipal Court, Montgomery County, Alabama; or if the said warrant is issued for violation of a

state law return the same to any State Court.

Dated this  <s>1 st</s> 2ND        day of  JUNE        , 2005.

                                         W.M

                                       JUDGE/COURT MAGISTRATE

                                       MUNICIPAL COURT

                                         CITY OF MONTGOMERY

                                         MONTGOMERY COUNTY

                                       MONTGOMERY, ALABAMA

EXHIBIT C




# NARCOTICS & INTELLIGENCE BUREAU
## EVIDENCE/PROPERTY INVENTORY

The following item(s) were seized/received by the Montgomery Police Department subsequent to a:    (circle one)
**SEARCH WARRANT, CONSENT SEARCH, or ADMINISTRATIVE INVENTORY.**    These items were inventoried
by ___K.C. Bentley, #1079_____, a member of the Narcotics and Intelligence Bureau.

ADDRESS OBTAINED: _553 N. Eastern Boulevard____    DATE: _6-2-2005_

TIME OF ENTRY: _12:35 hours_ TIME OF EXIT: _1557 hours_    PAGE _1_ of _5_

| ITEM# | DESCRIPTION OF ITEM SEIZED OR RECEIVED | LOCATION ITEM FOUND | TIME | OFFICER |
|---|---|---|---|---|
| 1 | Ampad legal pad containing dates and unknown items sold | In office on desk | 13:03 | KCB #1079 |
| 2 | Assorted white and orange papers containing bets on various races | In office on filing cabinet | 13:17 | KCB #1079 |
| 3 | IBM think pad laptop computer with crack on top left corner, SER/AA-FTBM200/05 and IBM AC power cord and compaq mouse | In office on desk | 13:24 | SJE #221 ~~KCB #1079~~ |
| 4 | Hewlitt Packard Office Jet fax machine, SER/MY484383R3 with power cord, data cord and telephone line and manual | In office on filing cabinet | 13:27 | SJE #221 |
| 5 | 7 ~~VHS~~ video cassettes | In office on 2nd shelf down next to monitor | 13:35 | SJE #221 |
| 6 | 13 VHS video cassettes | In office on 1st shelf (top) next to VCR | 13:37 | SJE #221 |
| 7 | White paper containing amount of money made and spent in April 2004 | In office on desk to right | 13:52 | KCB #1079 |

By signing below I certify that I have received a copy of the inventory of item(s) as identified above.

SIGNATURE OF RECEIVER: _left on bar_____    DATE & TIME: _06-0205  1557 hours_

I certify that the above inventory accurately reflects the items received or removed from the listed location.

SIGNATURE OF EVIDENCE OFFICER: _K.C. Bentley #1079_____    DATE & TIME: _06-02-05 1557 hours_



# NARCOTICS & INTELLIGENCE BUREAU
## EVIDENCE/PROPERTY INVENTORY



The following item(s) were seized/received by the Montgomery Police Department subsequent to a:    (circle one)
**SEARCH WARRANT, CONSENT SEARCH, or ADMINISTRATIVE INVENTORY**.    These items were inventoried
by ___K. C. Bentley #1079___, a member of the Narcotics and Intelligence Bureau.

ADDRESS OBTAINED:  __553 N. Eastern Boulevard__          DATE: __6-2-05__

TIME OF ENTRY: __12:35 hours__      TIME OF EXIT: __1557 hours__      PAGE __2__ of __5__

| ITEM# | DESCRIPTION OF ITEM SEIZED OR RECEIVED | LOCATION ITEM FOUND | TIME | OFFICER |
|---|---|---|---|---|
| 8 | LaCie external CD drive, SER/103660; Generic USB FDD external floppy disk drive, SER/000026500; 3 data cables, 4 floppy disks and instruction manual | In office on floor to left side of desk | 13:56 | SJE#221 |
| 9 | Assorted gaming paper documents | In office, in desk, in bottom righthand drawer in safe | 14:07 | SJE#221 |
| 10 | Digital scale, model FX-100 | In office, in desk, in top lefthand drawer | 14:09 | SJE#221 |
| 11 | Single Entry ledger containing records of persons playing pool | In office on top of filing cabinet on north wall behind desk | 14:18 | PBC#466 |
| 12 | Blue three ring binder containing assorted papers with tax and bank statements | In office on top of filing cabinet on north wall behind desk | 14:20 | PBC#466 |
| 13 | Manila envelope containing assorted paper documents containing receipts | In office, in desk, in righthand bottom drawer | 14:26 | PBC#466 |

By signing below I certify that I have received a copy of the inventory of item(s) as identified above.

SIGNATURE OF RECEIVER: __left on bar__          DATE & TIME: __06-02-05 1557 hours__

I certify that the above inventory accurately reflects the items received or removed from the listed location.

SIGNATURE OF EVIDENCE OFFICER: __K. C. Bentley, #1079__      DATE & TIME: __06-02-05 1557 hours__



# NARCOTICS & INTELLIGENCE BUREAU
# EVIDENCE/PROPERTY INVENTORY



The following item(s) were seized/received by the Montgomery Police Department subsequent to a:  (circle one)
**SEARCH WARRANT, CONSENT SEARCH, or ADMINISTRATIVE INVENTORY**.    These items were inventoried
by _____K.C. Bentley #1079_____, a member of the Narcotics and Intelligence Bureau.

ADDRESS OBTAINED: _553 N. Eastern Boulevard_          DATE: _6-2-05_

TIME OF ENTRY: _12:35 hours_     TIME OF EXIT: _15:57 hours_     PAGE _3_ of _5_

| ITEM# | DESCRIPTION OF ITEM SEIZED OR RECEIVED | LOCATION ITEM FOUND | TIME | OFFICER |
|---|---|---|---|---|
| Cont'd 13 | from March 2005 for business purchases | | | |
| 14 | Manila envelope containing assorted paper documents containing tax records and bank deposit slips (carbon copies) | In office, in desk, in righthand bottom drawer | 14:29 | PBC #466 |
| 15 | 3 boxes of assorted tax documents | In room adjoining office to the south end of the business on shelves | 14:31 | SJE #221 |
| 16 | 1 VHS video cassette | In office, on top of filing cabinet on north wall behind desk | 14:47 | PBC #466 |
| 17 | The Official Offshore Football Betting Guide | In office on top of filing cabinet on north wall behind desk | 14:50 | PBC #466 |
| 18 | White assorted paper documents containing lists of persons playing pool and charges for pool games | In office lying in chair on left in front of desk | | |
| 19 | White assorted paper documents con- | In office on desk | 15:00 | SJE #221 |

By signing below I certify that I have received a copy of the inventory of item(s) as identified above.

SIGNATURE OF RECEIVER: _left on bar_          DATE & TIME: _06-02-05 15:57 hours_

I certify that the above inventory accurately reflects the items received or removed from the listed location.

SIGNATURE OF EVIDENCE OFFICER: _K.C. Bentley #1079_     DATE & TIME: _06-02-05 15:57 hours_



# NARCOTICS & INTELLIGENCE BUREAU
# EVIDENCE/PROPERTY INVENTORY



The following item(s) were seized/received by the Montgomery Police Department subsequent to a:   (circle one)
**SEARCH WARRANT, CONSENT SEARCH, or ADMINISTRATIVE INVENTORY**.   These items were inventoried
by _____K.C. Bentley #1079_____, a member of the Narcotics and Intelligence Bureau.

ADDRESS OBTAINED: _553 N Eastern Boulevard_____     DATE: _6-2-05_

TIME OF ENTRY: _12:35 hours_     TIME OF EXIT: _15:57 hours_     PAGE _4_ of _5_

| ITEM# | DESCRIPTION OF ITEM SEIZED OR RECEIVED | LOCATION ITEM FOUND | TIME | OFFICER |
|---|---|---|---|---|
| Cont'd 19 | taining bets on various races | on clipboard | 15:00 | SJE #221 |
| 20 | Grey 3 ring binder containing betting sheets | In office on desk on north side of room | 15:11 | SJE #221 |
| 21 | Assorted photographs | Under cash register at bar | 15:12 | SJE #221 |
| 22 | Telephone Directory | In office on desk | 15:17 | PBC #466 |
| 23 | Purple Mead organizer with ring binder | In room adjoining office to the south end of the business on 2nd street on east wall | 15:20 | KCB #1079 |
| 24 | Cingular cellular telephone bill | In office on desk | 15:25 | KCB #1079 |
| 25 | Premium Sports Schedule Football book | In office on desk on north side of room | 15:27 | KCB #1079 |
| 26 | White assorted paper documents containing bets on various races | In office on desk on north side of room | 1537 | KCB #1079 |

By signing below I certify that I have received a copy of the inventory of item(s) as identified above.

SIGNATURE OF RECEIVER: _left on bar_     DATE & TIME: _06-02-05 1557 hours_

I certify that the above inventory accurately reflects the items received or removed from the listed location.

SIGNATURE OF EVIDENCE OFFICER: _K.C. Bentley #1079_     DATE & TIME: _06-02-05 1557 hou_



# NARCOTICS & INTELLIGENCE BUREAU
## EVIDENCE/PROPERTY INVENTORY



The following item(s) were seized/received by the Montgomery Police Department subsequent to a:    (circle one)
**SEARCH WARRANT, CONSENT SEARCH, or ADMINISTRATIVE INVENTORY** .    These items were inventoried
by _____ K.C Bentley #1079 _____ , a member of the Narcotics and Intelligence Bureau.

ADDRESS OBTAINED: __553 N. Eastern Boulevard__        DATE: _6-2-05_

TIME OF ENTRY: _12:35 hours_        TIME OF EXIT: _15:57 hours_        PAGE _5_ of _5_

| ITEM# | DESCRIPTION OF ITEM SEIZED OR RECEIVED | LOCATION ITEM FOUND | TIME | OFFICER |
|---|---|---|---|---|
| Cont'd 26 | | in bottom right drawer | 15:57 | KCB#1079 |
| 27 | VHS Video Cassette | In office in VCR on top shelf | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

By signing below I certify that I have received a copy of the inventory of item(s) as identified above.

SIGNATURE OF RECEIVER: _left on bar_        DATE & TIME: _06-02-05 15:57 hours_

I certify that the above inventory accurately reflects the items received or removed from the listed location.

SIGNATURE OF EVIDENCE OFFICER: _K.C. Bentley #1079_        DATE & TIME: _06-02-05 15:57 ho_

EXHIBIT D



**U.S. Department of Justice**

Federal Bureau of Investigation

*Washington, D.C. 20535*

July 28, 2005

Certified, Return Receipt

Mr. Willie C Moody
336 Dee Drive
Montgomery, AL 36108

Dear Mr. Moody:

### Factual and Legal Basis for Seizure

On June 2, 2005, property was seized by the Federal Bureau of Investigation (FBI) at Montgomery, Alabama for forfeiture for violation of PROHIBITION OF ILLEGAL GAMBLING BUSINESSES. The property was appraised at $44,040.00 and is described as follows:

> $44,040.00 U.S. Currency from master bedroom in residence
> Asset Id Number:          05-FBI-003416
> Seizure Number:          3490050014

This forfeiture is being conducted pursuant to Title 18, United States Code (U.S.C.), Section 1955(d) and the following additional federal laws: 19 U.S.C. Sections 1602-1619 and 18 U.S.C. Section 983.

You may contest the seizure and forfeiture of this property and/or petition to the FBI and request a pardon of the forfeited property.

### To Contest the Forfeiture

If you want to contest the seizure or forfeiture of the property in court, you must file a claim of ownership with the FBI by September 1, 2005. The claim is filed when it is received by the FBI Forfeiture Paralegal Specialist of the FBI Field Division mentioned below except in cases of pro se incarcerated individuals as otherwise provided by law. The claim need not be made in any particular form. The claim shall identify the specific property being claimed and state the claimant's interest in such property. Documentary evidence supporting claimant's interest in the property may help substantiate the claim, **but is not required**. The claim must be made under oath, subject to penalty of perjury. **A frivolous claim may subject the claimant to a civil fine equal to ten (10) percent of the value of the forfeited property but in no event shall the fine be less than $250 or greater than $5,000.**

### To Request Release of the Property

Upon the filing of a claim a claimant, pursuant to 18 U.S.C. 983 (f), may request release of the seized property during pendency of forfeiture proceedings due to hardship. **Property not subject to release under this provision includes: contraband, currency, or other monetary instrument, or electronic funds unless such currency or other monetary instrument or electronic funds constitutes the assets of a legitimate business; property to be used as evidence of a violation of law; property by reason of design or other characteristic is particularly suited for use in illegal activities; or property likely to be used to commit additional criminal acts if returned to the claimant.**

Mr. Moody

### To Request a Pardon of the Property

In addition to or in lieu of filing a claim, if you want to request a pardon of the forfeited property, submit a petition for remission or mitigation of the forfeiture to the FBI Field Division identified below. The petition must include proof of your ownership interest in the property or proof that you were a victim of the offense underlying the pending forfeiture, or a related offense, and the facts and circumstances which you believe justify a return of the property, a return of your interest in the property, or a return of part of the property. For the regulations pertaining to remission or mitigation of the forfeiture see 28 C.F.R. Sections 9.1-9.9. The criteria for requesting remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for requesting mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). You should file the petition within thirty (30) days following the receipt of this mailed notice of seizure. The Ruling Official for all petitions for remission or mitigation in administrative forfeiture cases is the Forfeiture Counsel, who is the Unit Chief, Legal Forfeiture Unit, Office of the General Counsel, Federal Bureau of Investigation. The Ruling Official for all petitions for remission or mitigation in judicial forfeiture cases is the Chief, Asset Forfeiture and Money Laundering Section, Criminal Division, Department of Justice.

### Where to Submit Correspondence

The Seizure Number 3490050014 has been assigned to this forfeiture action. Use this number to identify the property when submitting a claim, petition or other correspondence to the FBI.

Submit all documents to this FBI Field Division:

    SPECIAL AGENT IN CHARGE
    FEDERAL BUREAU OF INVESTIGATION
    200 NORTH ROYAL STREET
    MOBILE, AL  36602-3930

    ATTENTION:  FORFEITURE PARALEGAL SPECIALIST
        251-438-3674

        Sincerely Yours,

        Mark Ukleja
        Unit Chief
        Forfeiture and Seized Property Unit
        Finance Division

NOTE:  All telephone inquiries should be directed to the aforementioned FBI Field Division to the attention of the Forfeiture Paralegal Specialist. **Please do not send any written correspondence to Mark Ukleja.**

EXHIBIT E

August 29, 2005

Special Agent In Charge
Federal Bureau of Investigation
200 North Royal Street
Mobile, AL 36602-3930

                    VIA REGULAR MAIL, POSTAGE
                    PREPAID AND CERTIFIED MAIL
                    No. 7003-0500-0000-1340-6525

        Re:   Asset Id: 05-FBI-003416
              Seizure No.  3490050014
              Property: $44,040.00 U.S. Currency
              Seizure Date: 06-02-05

Dear Sir/Madam:

    Please be advised that I hereby claim ownership of the above
property consisting of $44,040.00 in U.S. Currency, and I contest the
forfeiture of the seized property.  The seized property was taken from
my residence.

    This document is made under oath, subject to penalty of perjury.

                    Yours truly,

                    *Billy Moody*

                    Billy Moody
                    336 Dee Drive
                    Montgomery, AL 36108

    Sworn to and subscribed before me on this the 29th day of August,
2005.

                    *Brenda J. Marston*
                    Notary Public

c:    Jeffery C.  Duffey
      Law Office of Jeffery C.  Duffey
      600 South McDonough Street
      Montgomery, Alabama 36104
      Phone: 334-834-4100
      Fax: 334-834-4101