**COMPLETE THIS SECTION ON DELIVERY**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Received by (Please Print Clearly) | B. Date of Delivery
Brittney Shackley | 6-7-07

C. Signature
X _Britt Sly_  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Civil Process Clerk
Hon Laura Garrett Canary
U.S. Attorney
Middle District of Alabama
One Court Square, Ste 201
Montgomery, AL 36104
07CV485 S+C

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7003 0500 0000 1370 5986

102595-01-M-1424

Domestic Return Receipt

PS Form 3811, March 2001