| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece. | A. Signature<br>X *[signature]* | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* )<br>JUN 1 1 2007 | C. Date of Delivery |

United States of America
c/o Attorney General of the United States
U.S. Department of Justice
10th and Constitutional Avenue
Washington, D.C. 20530

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

07cv485 S+C

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

2. Article Number
*(Transfer from service label)*    7006 2760 0005 4873 7859

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540