**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| WILLIE C. MOODY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:07-CV-485-WHA** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR**
**ENLARGEMENT OF TIME IN WHICH TO ANSWER**
**OR OTHERWISE RESPOND**

COMES NOW the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Fed. R. Civ. P. 6(b), requests that the time to respond to the complaint be enlarged for a period of 30 days, to and including, September 07, 2007, and as good cause therefore states as follows:

1.  The complaint in this matter was filed on or about June 6, 2007, and served upon the United States Attorney for the Middle District of Alabama on or about June 7, 2007. The answer is presently scheduled to be filed on or before Tuesday, August 7, 2007.

2.  Undersigned counsel has not received a litigation report from the applicable Federal Agency. The process for obtaining such a report has been complicated by the fact that the original seizure in this matter involved local law enforcement agents rather than

Federal agents.

3.	Additionally, the undersigned counsel and counsel for Mr. Moody have discussed a resolution of this matter by a means independent of court action. It may well be that all issues here involved will be resolved without the requirement of the court's further involvement.

4.	Counsel for Plaintiff has been contacted regarding this request and does not object to this 30-day extension.

WHEREFORE, for the reasons set forth above and for good cause shown, defendant United States respectfully requests an enlargement of time, to and including September 7, 2007, in which to file an answer or other response.

Respectfully submitted this 6th day of August, 2007.

> FOR THE UNITED STATES ATTORNEY
> LEURA G. CANARY
>
> /s/John T. Harmon
> John T. Harmon
> Assistant United States Attorney
> Bar Number: 7068-II58J
> Office of the United States Attorney
> One Court Square, Suite 201
> Montgomery, Alabama 36104
> Telephone:(334) 223-7280
> Facsimile:(334) 223-7560
> E-mail: John.Harmon@usdoj.gov

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 6, 2007, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffrey Duffy.

          /s/John T. Harmon
          John T. Harmon
          Assistant United States Attorney