IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. MOODY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:07-CV-485-WHA** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME IN WHICH TO ANSWER
OR OTHERWISE RESPOND**

COMES NOW the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Fed. R. Civ. P. 6(b), requests that the time to respond to the complaint be enlarged for a period of 30 days, to and including, September 07, 2007, and as good cause therefore states as follows:

1. The complaint in this matter was filed on or about June 6, 2007, and served upon the United States Attorney for the Middle District of Alabama on or about June 7, 2007. The answer is presently scheduled to be filed on or before Tuesday, August 7, 2007.

2. Undersigned counsel has not received a litigation report from the applicable Federal Agency. The process for obtaining such a report has been complicated by the fact that the original seizure in this matter involved local law enforcement agents rather than

**MOTION GRANTED TO
AND INCLUDING** _Sept. 7_ , 20 _07_
**THIS** _7th_ **DAY OF** _Aug._ , 20 _07_
_____
UNITED STATES DISTRICT JUDGE