IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. MOODY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:07-CV-485-WHA** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES OF AMERICA'S MOTION FOR
ENLARGEMENT OF TIME IN WHICH TO ANSWER
OR OTHERWISE RESPOND**

COMES NOW the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Fed. R. Civ. P. 6(b), requests that the time to respond to the complaint be enlarged for a period of 10 days to and including, September 17, 2007, and as good cause states that settlement negotiations are continuing between the parties.

No further extensions will be sought.

WHEREFORE, for the reasons set forth above and for good cause shown, defendant United States respectfully requests an enlargement of time, to and including September 14, 2007, in which to file an answer or other response.

Respectfully submitted this 7th day of September, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jeffrey Duffy.


/s/John T. Harmon
John T. Harmon
Assistant United States Attorney