IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. MOODY, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: **2:07-CV-485-WHA** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## UNITED STATES OF AMERICA'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND

COMES NOW the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Fed. R. Civ. P. 6(b), requests that the time to respond to the complaint be enlarged for a period of 10 days to and including, September 17, 2007, and as good cause states that settlement negotiations are continuing between the parties.

No further extensions will be sought.

WHEREFORE, for the reasons set forth above and for good cause shown, defendant United States respectfully requests an enlargement of time, to and including September 14, 2007, in which to file an answer or other response.

Respectfully submitted this 7th day of September, 2007.

**MOTION GRANTED**

SO ORDERED
THIS 10th DAY OF Sept, 2007
_____
UNITED STATES DISTRICT JUDGE