IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. MOODY, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:07CV485-WHA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     DEFENDANTS, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Willie C. Moody, Plaintiff in the above-captioned matter, by counsel, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under provisions of the Middle District of Alabama's General Order No. 3047:

- [X] This party is an individual, or
- [ ] This party is a government entity, or
- [ ] There are no entities to be reported, or
- [X] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Moody & Talley, Inc., d/b/a, Moody's Sports Bar | Owner |

September 11, 2007          s/Jeffery C. Duffey
 Date                              JEFFERY C. DUFFEY
                                           Attorney for Plaintiff
                                           Willie C. Moody
                                           600 South McDonough Street
                                           Montgomery, AL  36104

>Phone: 334-834-4100
>Fax: 334-834-4101
>email: jcduffey@aol.com
>Bar No.  ASB7699F67J

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: John T. Harmon, AUSA, P.O. Box 197, Montgomery, AL 36101.

>s/Jeffery C. Duffey
>JEFFERY C. DUFFEY
>Attorney for plaintiff
>Willie C. Moody