```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

WILLIE C. MOODY,                )
                                )
     Plaintiff,                 )
                                )
        V.                      )Civil Action No.2:07-CV-485-WHA
                                )
UNITED STATES OF AMERICA        )
                                )
     Defendant.                 )
```

## JOINT MOTION TO DISMISS

Comes now Plaintiff Willie C. Moody, by counsel, and Defendant United States of America, by counsel, and moves to dismiss this action with each party to bear its own cost.

Submitted this the 24th day of September, 2007.


                                        s/Jeffery C. Duffey
                                        _____
                                        JEFFERY C. DUFFEY (DUF003)
                                        Attorney for Plaintiff
                                        Willie C. Moody


For Plaintiff:

Jeffery C. Duffey
600 South McDonough Street
Montgomery, Alabama 36104
Telephone: (334)-834-4100
Facsimile: (334)-834-4101
E-mail: jcduffey@aol.com

```
                              FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY


                              s/John T. Harmon
                              _____
                              JOHN T. HARMON [HAR108]
                              Assistant United States Attorney
                              Attorney for Defendant
                              United States of America
```

For the United States:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334)-223-7280
Facsimile: (334)-223-7560
E-mail: John.Harmon@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| WILLIE C. MOODY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|        V. | )Civil Action No.2:07-CV-485-WHA |
| | ) |
| UNITED STATES OF AMERICA | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Upon consideration of the joint motion to dismiss filed by the parties, it is hereby ordered that this matter is dismissed with each party to bear its own costs.

Done this \_\_\_\_ day of September, 2007.

_____
United States District Judge