**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WILLIE C. MOODY | 2:07CV485-WHA |
| DEFENDANT | TYPE OF PROCESS |
| UNITED STATES OF AMERICA | ORDER OF DISMISSAL |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

$44,040.00 IN UNITED STATES CURRENCY

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

c/o UNITED STATES MARSHALS SERVICE

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 05-FBI-003416

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (334) 223-7280
DATE: 09/25/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| No. | No. 2 | No. 3 | K. Chavers | 9/26/07 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10/19/07    Time: am/pm

Signature of U.S. Marshal or Deputy: K. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 10/9/07 FWD to S/AL for service. (M/AL case - funds in S/AL)
10/19/07 S/AL disbursed funds to Attorney Jeffery Duffey

RETURNED AND FILED
DEC 10 2007

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE C. MOODY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:07cv485-WHA |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Joint Motion to Dismiss (Doc. #13), filed by the parties on September 24, 2007, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, the parties to bear their own costs.

DONE this 24th day of September, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIE C. MOODY,            )
                            )
    Plaintiff,              )
                            )
    V.                      ) Civil Action No. 2:07-CV-485-WHA
                            )
UNITED STATES OF AMERICA    )
                            )
    Defendant.              )

**STIPULATION FOR COMPROMISE SETTLEMENT**

It is hereby stipulated by and between the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and Plaintiff Willie C. Moody, by and through his respective attorney, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action upon the terms indicated below.

2. Plaintiff consents to dismiss this pending case without prejudice upon return of the subject cash below. Plaintiff further agrees that the United States will not be required to file an Answer in the above styled action.

3. The United States consents to return the seized $44,040 to Willie C. Moody through his attorney Jeffery C. Duffey, Esquire.

4. Plaintiff releases the United States; the State of Alabama; and all entities and authorities established within

the State of Alabama (including but not limited to the City of Montgomery, Alabama) and the agents, employees, assigns, and servants of the above described governments, entities and authorities, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgements, damages, claims, and/or demands whatsoever in law or equity which Plaintiff, Plaintiff's heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and attempted forfeiture of the $44,040 in United States currency. The Plaintiff expressly waives the recovery of attorney's fees, costs and expenses by any legal action or by any act or law of the United States of America, including but not limited to Title 28, *United States Code*, Section 2412. This express waiver in no way limits the general release and waiver contained herein. Provided, however, that this paragraph shall not apply and shall not have any force or effect or limitations on the Plaintiff regarding any matters arising out of the action pending in the Circuit Court of Montgomery County, Alabama styled Willie C. Moody, Plaintiff v. City of Montgomery, Defendant, Case No. CC-2007-901.

5. The parties agree that this is a compromise settlement of disputed claims and that by entering into this settlement, neither party admits wrongdoing or liability on

any basis.

   6. Each party will bear its own costs.

```
                                    FOR THE UNITED STATES ATTORNEY
                                    LEURA G. CANARY

Date: 9-24-07
                                    _____
                                    JOHN T. HARMON [HAR108]
                                    Assistant United States Attorney
                                    Attorney for Defendant
                                    United States of America


Date: 9-19-07
                                    _____
                                    Willie C. Moody
                                    Plaintiff



Date: 9-19-07
                                    _____
                                    JEFFERY C. DUFFEY [DUF003]
                                    Attorney for Plaintiff
```

Address of Counsel:

For the United States:

Office of the United States Attorney
Middle District of Alabama
131 Clayton Street
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone: (334)-223-7280
Facsimile: (334)-223-7560
E-mail: John.Harmon@usdoj.gov


For Plaintiff:

Jeffery C. Duffey
600 South McDonough Street
Montgomery, Alabama 36104
Telephone: (334)-834-4100
Facsimile: (334)-834-4101
E-mail: jcduffey@aol.com